UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEADEN,

    Plaintiff,

v.

SAN MATEO COUNTY, *et al.*,

    Defendants.

Case No. 22-cv-01145-RMI

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 3, 7

On February 24, 2022, the court opened the instant case and *Headen v. Scott*, Case No. 22-cv-1146 EMC. Plaintiff has not filed an *in forma pauperis* application in the instant case despite the court providing two notices. In Case No. 22-cv-1446 EMC, plaintiff has filed an application to proceed *in forma pauperis* (dkt. 6) and a letter (dkt. 10) indicating that he did not intend to file two cases. The court construes plaintiff's letter as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Plaintiff should present all of his claims in Case No. 22-cv-1446 EMC, where the *in forma pauperis* application has already been filed. Pursuant to plaintiff's request, this case is **DISMISSED** without prejudice, no fee is due. The Clerk of Court shall close the file and terminate all pending motions (dkts. 3, 7) as moot.

**IT IS SO ORDERED.**

Dated: May 31, 2022

ROBERT M. ILLMAN
United States Magistrate Judge